MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In RE:

NELSON, JOHN F.,
NELSON, BRENDA M.

Case No. 09-60819
Chapter 7

Debtor(s).

## UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5.00 FOR DEPOSIT TO REGISTRY FUND

Please Check One:

☐  Unclaimed Dividends

☒  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| RICHARD C. MOLLIN ATTORNEY AT LAW, 118 JOHNSON AVE N FOSSTON, MN 56542 | 2 | 198.00 | 3.79 |

Date:   March 17, 2011

/e/ DAVID G. VELDE
DAVID G. VELDE, Trustee



RECEIVED 11 MAR 18 AM 10:28 US BANKRUPTCY COURT ST PAUL MN

PCC # 3522